**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LENNOX A. MOHABEER,**

      **Plaintiff,**

-vs-                                  Case No. 6:10-cv-694-Orl-31DAB

**MEARS DESTINATION SERVICES, INC.,**

      **Defendant.**

_____

**ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because of my personal relationship with one of the parties. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 10, 2010.

                                              GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record