# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LENNOX A. MOHABEER,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:10-cv-694-Orl-28DAB**

**MEARS DESTINATION SERVICES, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed May 4, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint dismissed for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed May 13, 2010 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED.**

_____

[1] Plaintiff filed a Motion to Reconsider (Doc. 9) which this Court interprets as Plaintiff's objections to the Report and Recommendation.

3.    Because this Court lacks jurisdiction, the Complaint is **dismissed**.

4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __14th__ day of June, 2010.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party